

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:        01-12-01084-CR

Style:        Demetrius Williams

        **v** The State of Texas

Date motion filed*:        February 15, 2013

Type of motion:        Motion to Substitute Attorney of Record

Party filing motion:        Appellant

Document to be filed:

If motion to extend time:

        Deadline to file document:

        Number of previous extensions granted:

        Length of extension sought:

Ordered that motion is:

        ☑     Granted
               If document is to be filed, document due:

               ☐   The Clerk is instructed to file the document as of the date of this order
               ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐     Denied

        ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

**The Clerk of this Court is directed to enter Mark Kratovil in the Court's records as appellant's attorney on appeal.**

Judge's signature: /s/ Michael Massengale
        ☑ Acting individually    ☐ Acting for the Court

        Panel consists of _____.

Date: February 19, 2013